LAW OFFICES OF

JACOB LAUFER

65 BROADWAY, Suite 1005
NEW YORK, NEW YORK 10006

JACOB LAUFER*

TELEPHONE (212) 422-8500

———

FAX (212) 422-9038

\* Also admitted in the District of Columbia

February 20, 2008

Filed via ECF

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States v. Nachman Lichter,* 04 Cr. 558 (JG)

Dear Judge Gleeson,

    I respectfully enclose a letter to the Court from Dr. Ethel Cwibeker in connection with the sentencing of defendant Nachman Lichter.

                              Very truly yours,

                                      /s/

                              JACOB LAUFER

cc, w/encl. : A.U.S.A. Richard T. Faughnan, via ECF